UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED

OCT - 4 2023

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>CARL VON GARRETT, )<br>LUIS MIGUEL HERNANDEZ, )<br>ANTONIO JONES, )<br>TOBIYYAH ISRAEL, )<br>DAMIEN DAVIS, )<br>)<br>Defendants. ) | **4:23CR526 SEP/SPM** |

## INDICTMENT

### COUNT 1
(Conspiracy to Commit Money Laundering)

The Grand Jury further charges that:

Beginning at a time unknown, but including March 2021, and continuing to the date of the indictment, with exact dates unknown to this Grand Jury, in the Eastern District of Missouri and elsewhere, the defendants,

**CARL VON GARRETT,
LUIS MIGUEL HERNANDEZ,
ANTONIO JONES,
TOBIYYAH ISRAEL, and
DAMIEN DAVIS,**

knowingly combined, conspired, confederated, and agreed with each other and persons known and unknown to this Grand Jury, to commit offenses against the United States in violation of Title 18, United States Code, Section 1956, to wit: to knowingly conduct and attempt to conduct financial transactions affecting interstate and foreign commerce, which transactions involved the proceeds of a specified unlawful activity, that is, distribution of controlled substances in violation of Title

1

21, United States Code, Section 841(a)(1), knowing that the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

## COUNT 2
(Money Laundering)

The Grand Jury further charges that:

On or about March 2, 2021, in St. Louis County, in the Eastern District of Missouri, the defendants,

**CARL VON GARRETT, and
LUIS MIGUEL HERNANDEZ,**

knowingly conducted a financial transaction affecting interstate and foreign commerce that involved the transfer of $100,095 in United States currency, which involved the proceeds of a specified unlawful activity, that is the distribution of controlled substances in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 2 and 1956(a)(1)(B)(i).

## COUNT 3
(Money Laundering)

The Grand Jury further charges that:

On or about March 8, 2021, in St. Louis County, in the Eastern District of Missouri, the defendant,

**LUIS MIGUEL HERNANDEZ and
ANTONIO JONES,**

knowingly conducted a financial transaction affecting interstate and foreign commerce that involved the transfer of $100,000 in United States currency, which involved the proceeds of a specified unlawful activity, that is the distribution of controlled substances in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 2 and 1956(a)(1)(B)(i).

## COUNT 4
(Money Laundering)

The Grand Jury further charges that:

On or about March 17, 2021, in St. Louis County, in the Eastern District of Missouri, the defendant,

**LUIS MIGUEL HERNANDEZ and
ANTONIO JONES,**

knowingly conducted a financial transaction affecting interstate and foreign commerce that involved the transfer of $150,030 in United States currency, which involved the proceeds of a

3

specified unlawful activity, that is the distribution of controlled substances in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 2 and 1956(a)(1)(B)(i).

**COUNT 5**
(Money Laundering)

The Grand Jury further charges that:

On or about April 1, 2021, in St. Louis County, in the Eastern District of Missouri, the defendants,

**LUIS MIGUEL HERNANDEZ and
ANTONIO JONES,**

knowingly conducted a financial transaction affecting interstate and foreign commerce that involved the transfer of $100,000 in United States currency, which involved the proceeds of a specified unlawful activity, that is the distribution of controlled substances in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 2 and 1956(a)(1)(B)(i).

## COUNT 6
(Money Laundering)

The Grand Jury further charges that:

On or about April 8, 2021, in St. Louis County, in the Eastern District of Missouri, the defendant,

**ANTONIO JONES,**

knowingly conducted a financial transaction affecting interstate and foreign commerce that involved the transfer of $109,740 in United States currency, which involved the proceeds of a specified unlawful activity, that is the distribution of controlled substances in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 2 and 1956(a)(1)(B)(i).

## COUNT 7
(Money Laundering)

The Grand Jury further charges that:

On or about April 14, 2021, in St. Louis County, in the Eastern District of Missouri, the defendant,

**CARL VON GARRETT,
TOBIYYAH ISRAEL, and
DAMIEN DAVIS,**

knowingly conducted a financial transaction affecting interstate and foreign commerce that involved the transfer of $221,020 in United States currency, which involved the proceeds of a

specified unlawful activity, that is the distribution of controlled substances in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 2 and 1956(a)(1)(B)(i).

## COUNT 8
(Money Laundering)

The Grand Jury further charges that:

On or about May 18, 2021, in St. Louis County, in the Eastern District of Missouri, the defendant,

**ANTONIO JONES,**

knowingly conducted a financial transaction affecting interstate and foreign commerce that involved the transfer of $100,100 in United States currency, which involved the proceeds of a specified unlawful activity, that is the distribution of controlled substances in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 2 and 1956(a)(1)(B)(i).

## COUNT 9
(Money Laundering)

The Grand Jury further charges that:

On or about May 25, 2021, in St. Louis County, in the Eastern District of Missouri, the defendant,

**ANTONIO JONES,**

knowingly conducted a financial transaction affecting interstate and foreign commerce that involved the transfer of $100,100 in United States currency, which involved the proceeds of a specified unlawful activity, that is the distribution of controlled substances in violation of Title 21, United States Code, Section 841(a)(1), knowing that the transaction was designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of the specified unlawful activity, and that while conducting and attempting to conduct such financial transactions, knew that the property involved in the financial transaction represented the proceeds of some form of unlawful activity, in violation of Title 18, United States Code, Sections 2 and 1956(a)(1)(B)(i).

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 18, United States Code, Section 982(a), upon conviction of an offense in violation of Title 18, United States Code, Sections 1956(h) or 1956(a)(1)(B)(i), as set forth in Counts 1 through 9, the defendants shall forfeit to the United States of America any property, real or personal, involved in such violations or any property traceable to such property.

2. Subject to forfeiture is a sum of money equal to the total value of any property, real or personal, involved in the offenses, or any property traceable to such property, for the offenses charged in Counts 1 through 9.

3.    If any of the property described above, as a result of any act or omission of the defendants:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

    A TRUE BILL.


_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney


_____
JEANNETTE S. GRAVISS, #44483MO
Assistant United States Attorney